1  MICHAEL A. JACOBS (CA SBN 111,664)
   mjacobs@mofo.com
2  RICHARD S.J. HUNG (CA SBN 197,425)
   rhung@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:     (415) 268-7000
5  Facsimile:     (415) 268-7522

6  Attorneys for Plaintiff
   AUTODESK, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 AUTODESK, INC.,                          Case No.

12         Plaintiff,                       **COMPLAINT FOR COPYRIGHT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION**

13         v.

14 ZWCAD SOFTWARE CO., LTD., ZWCAD
   DESIGN CO., LTD., and GLOBAL FORCE
15 DIRECT, LLC. (doing business as
   ZWCADUSA),
16
           Defendants.
17

Plaintiff Autodesk, Inc. ("Autodesk"), for its Complaint against Defendants ZWCAD Software Co., Ltd., ZWCAD Design Co., Ltd., and Global Force Direct, LLC (collectively, "Defendants"), alleges as follows:

## PARTIES

1.  Founded in 1982, Autodesk is a pioneer and worldwide leader in digital design technologies. Autodesk provides design software and services to customers in the architectural, engineering, construction, manufacturing, geospatial mapping, and digital media industries. Companies around the globe use Autodesk's computer-aided design ("CAD") software to create digital models and workflows that allow visualization, simulation, and analysis of designs before implementation. Autodesk is a corporation organized under the laws of the State of Delaware and has its corporate headquarters at 111 McInnis Parkway, San Rafael, California 94903.

2.  Upon information and belief, Defendant ZWCAD Software Co., Ltd. is a corporation organized under Chinese law with its principal place of business at 4F, No. 886, Tianhe North Road, Guangzhou, 510635 People's Republic of China.

3.  Upon information and belief, Defendant ZWCAD Design Co., Ltd. is a corporation organized under Chinese law with its principal place of business at 4F, No. 886, Tianhe North Road, Guangzhou, 510635 People's Republic of China. ZWCAD Software Co., Ltd. and/or ZWCAD Design Co., Ltd. (individually or collectively, "ZWSOFT") develop and distribute products including the "ZWCAD" and "ZWCAD+" CAD software worldwide. Products including ZWCAD+ 2014 can be downloaded and purchased directly from www.zwsoft.com in the United States.

4.  Upon information and belief, Defendant Global Force Direct, LLC, doing business as "ZwcadUSA," has offices at 268 Merriam Street, Weston, Massachusetts 02493. Upon information and belief, ZwcadUSA is a distributor for ZWCAD and ZWCAD+ products in the United States.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over Autodesk's copyright and trade secret misappropriation claims under 28 U.S.C. §§ 1331, 1338(a),(b), and 1367(a). The Court also has diversity jurisdiction under 28 U.S.C. § 1332, as the amount in controversy exceeds $75,000.00.

6. This Court has personal jurisdiction over Defendants. Defendants have conducted and conduct business within the State of California and within this District. Defendants have purposefully aimed the effects of their conduct to cause harm in the State of California and within this District. Defendants, directly or through intermediaries, make, distribute, offer for sale or license, sell or license, or advertise their products and services in the United States, the State of California, and this District.

7. Venue is proper under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that is the subject of the action is situated in this District.

## INTRADISTRICT ASSIGNMENT

8. This is an Intellectual Property Action to be assigned on a district-wide basis pursuant to Civil Local Rule 3-2(c).

## BACKGROUND

### A. Autodesk's History of Innovation

9. CAD software is used in design applications by architects, engineers, manufacturers, and others. It allows users to create and document their designs and visualize, simulate, and analyze real-world performance early in the design process by creating digital prototypes.

10. Autodesk is well-known for its leadership and innovation in the field of CAD software. Autodesk introduced its flagship product, the AutoCAD® program, in 1982. The initial version of the program was a CAD application designed to run on the computer systems of the time, such as the then "new" IBM Personal Computer (PC) "microcomputer." AutoCAD offered design professionals the capability to create detailed technical drawings, but was still affordable even for smaller design, engineering, and architecture firms. Due to its revolutionary capabilities and instant appeal, AutoCAD became an industry favorite in the 1980s.

11. Since AutoCAD's initial release, Autodesk has continually developed and enhanced the product. Autodesk also has expanded its product line, offering discipline-specific AutoCAD applications, such as AutoCAD Architecture, AutoCAD Mechanical, AutoCAD Electrical, and AutoCAD Civil 3D, and model-based design programs, such as Autodesk Inventor and Revit. Over the past two and a half decades, Autodesk has invested hundreds of millions of dollars in research and development to improve and enlarge the functionality of its software products, address emerging needs in the marketplace, and provide customers with state-of-the-art design technology.

12. Through its commitment to quality and innovation, Autodesk has established tremendous consumer goodwill. Autodesk currently does business in approximately 160 countries, and its customers include 100 percent of Fortune 100 companies and approximately 98 percent of Fortune 500 companies. With over twelve million users of its professional products, Autodesk's AutoCAD and AutoCAD LT are two of the most widely used design software tools in the world. In 2014, Autodesk was recognized as one of *Fortune Magazine's* World's Most Admired Companies, ranking sixth in the Computer Software category.

### B. Autodesk's Protected Trade Secrets and Copyrights

13. AutoCAD has been the cornerstone of Autodesk's innovation and growth since its introduction. AutoCAD is not only Autodesk's largest revenue-generating product, but the platform that underpins the company's portfolio of design product offerings.

14. The AutoCAD source code is one of the company's most valuable and closely-guarded assets and trade secrets, and Autodesk has gone to great lengths to protect it. Access to the source code is allowed only on an as-needed basis, and Autodesk protects the source code by placing it in secured source code repositories. Autodesk employees must execute agreements that require them to maintain the confidentiality of Autodesk's trade secret information, including the AutoCAD source code.

15. Autodesk also owns well over a hundred registered U.S. copyrights relating to its AutoCAD products. Examples include U.S. Copyright Registration Nos. TX0006576172, TX0006586280, and TX0006589381.

### C.   ZWSOFT's Entry into the CAD Software Market

16.   ZWSOFT released its first CAD product, ZWCAD 1.0, in 2002.  Subsequent ZWSOFT products include ZWCAD 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, and 2012 and ZWCAD+ 2012 and 2014.  ZWSOFT's ZWCAD and ZWCAD+ products directly compete with Autodesk's AutoCAD products as CAD programs for the architectural, engineering, construction, manufacturing, geospatial mapping, and digital media industries.

17.   Rather than compete via innovation, ZWSOFT's approach has been to mimic AutoCAD as closely as possible.  ZWSOFT and ZWcadUSA have not been shy about highlighting this strategy of imitation in their marketing materials.  For example, in an April 28, 2010 press release, ZwcadUSA emphasized that "most Auto[CAD] users can easily transition to ZWCAD and become productive in less than a day."  In a December 3, 2010 press release, ZwcadUSA alleged that "ZWCAD gives [users] the closest Autocad user experience."  ZWSOFT's product brochures for ZWCAD 2012 contend that "ZWCAD offers a working environment almost identical to AutoCAD."

18.   ZWSOFT previously pursued its design objectives for ZWCAD through a license from the IntelliCAD Technology Consortium ("ITC"), which develops the IntelliCAD CAD platform.  The IntelliCAD code base allows IntelliCAD's over twenty licensees, including ZWSOFT, to develop software that emulates AutoCAD's interface, command set, and system variables and that is compatible with AutoCAD's ".dwg" file format.  The IntelliCAD software itself was originally developed by Softdesk, Inc., formerly an AutoCAD third party developer.

### D.   ZWSOFT Introduces its "New" ZWCAD+ Software

19.   In 2012, ZWSOFT revealed a new direction for its ZWCAD technology.  Instead of continuing to develop its ZWCAD software based on the IntelliCAD platform, ZWSOFT announced that it would transition to an entirely new, internally designed codebase called "ZWCAD+."

20.   In a May 2, 2012 press release, ZWSOFT characterized the upcoming ZWCAD+ product as having "so many groundbreaking improvements."  When it unveiled the product two months later, on July 16, 2012, ZWSOFT claimed that ZWCAD+ was "fundamentally different

1  from ZWCAD 2012 [because ZWSOFT] built the entire software from the ground up" and it had
2  a "[n]ew [c]ore." It was for these reasons, ZWSOFT alleged, that it was "able to offer [its]
3  customers a more fluid and efficient design experience."

4      21. Even while trumpeting ZWCAD+'s alleged originality, ZWSOFT and ZwcadUSA
5  continued to emphasize its close similarities to AutoCAD. ZWSOFT's website, for example,
6  notes that ZWCAD+ responds identically to AutoCAD commands. ZwcadUSA's website
7  describes ZWCAD+ as "[t]he [a]lternative that [o]ffers the [c]losest AutoCAD [e]xperience."

    **E.    ZWCAD+ is Built on Stolen AutoCAD Code**

9      22. ZWSOFT did not accomplish this remarkable transformation through innovation
10  and honest labor, but by misappropriating significant portions of Autodesk's proprietary source
11  code. The "new" ZWCAD+ is not merely an AutoCAD "work-a-like," and it does not just share
12  similar interfaces and commands. In crucial and unmistakable ways, ZWCAD+ performs
13  identically to prior versions of AutoCAD. This duplication, which is at the source code level,
14  could not have been accomplished through coincidence or the application of similar programming
15  logic.

16      23. Software naturally evolves with the development of each new release and as new
17  technologies become available. This evolution results in distinctive signatures in the source code
18  – much like the unique patterns in the genetic code of living organisms. Just as the existence of
19  mutations and other anomalies can demonstrate genetic lineage, the existence of "bugs,"
20  programming remnants, and other idiosyncrasies in software code can establish programming
21  lineage. All software code has quirks, but no two independently developed pieces of code should
22  have *identical* quirks.

23      24. As described below, the new ZWCAD+ displays precise idiosyncrasies and even
24  now-corrected "bugs" that were once found in AutoCAD – features that could not have been
25  introduced without the wholesale copying of significant portions of Autodesk's proprietary source
26  code. ZWCAD+ has clearly been built by someone with improper and illegal access to AutoCAD
27  source code. Just a sampling of idiosyncrasies demonstrating this copying include:
28

- ZWCAD+ products respond identically to AutoCAD in ways that provide telltale signs of illegal copying when filling or "hatching" certain geometries. For example, AutoCAD 2007 and 2008 demonstrate two distinctive types of errors when hatching a very specific drawing. This drawing, which a user had provided to Autodesk for its analysis years ago, is composed of line and arc segments. In AutoCAD 2007 and 2008, selecting a specific "pick point" (*i.e.*, a specific point within the drawing) underneath the arc segment of this particular drawing results in a "Boundary Definition Error" message, such that the HATCH command will not be applied. Selecting a pick point near any of the four corners of the boundary, however, results in a partial hatch pattern. ZWCAD+ 2012 displays this precise, two-fold error – an example of code-level replication that defies logic or mere chance. By contrast, ZWSOFT's earlier releases, ZWCAD (non-plus) 2009, 2011, and 2012, lack this error:





- ZWCAD+ 2012 and 2014 respond identically to AutoCAD 2007 and 2008 when attempting to hatch another user-provided drawing. The freehand drawing, depicted below, contains a rectangle with a stemmed clover and two flower petals. In AutoCAD 2007 and 2008, selecting a specific pick point away from the clover and the petals and then applying the HATCH command causes the clover itself to be hatched – but not the petals. ZWCAD+ 2012 and 2014 display the same error as AutoCAD 2007 and 2008. Again, ZWCAD (non-plus) 2009, 2011, and 2012 lack this error:





- ZWCAD+ 2012 and 2014 display an identical error to AutoCAD 2007 and 2008 when trimming certain shallow arcs, *i.e.*, deleting a portion of the arc falling on one side of an "edge." In AutoCAD 2007 and 2008, trimming a very shallow (*i.e.*, large-radiused) arc results in an unusual error: only the portion above the trim edge can be trimmed, but not that below. ZWCAD+ 2012 and 2014 display the

identical error as AutoCAD 2007 and 2008.  ZWCAD (non-plus) 2009, 2011, and 2012 do not, instead allowing the bottom portion to be trimmed:




- ZWCAD+ 2012 and 2014 display an identical error to AutoCAD 2007 and 2008 when trimming ellipses with relatively close radii.  In particular, the trim operation cannot trim such ellipses in AutoCAD 2007 and 2008 and also in ZWCAD+ 2012 and 2014.  By contrast, ZWCAD (non-plus) 2009, 2011, and 2012 allow the trimming of either ellipsis:






- An idiosyncrasy in AutoCAD 2007 and 2008 concerning the "FILLET" command also appears in ZWCAD+ 2012 and 2014.  For example, two polyline segments at a right angle to one another can be located near the origin (0,0) with their ends in

close proximity. Applying the FILLET command with an arc radius of 0º to these segments creates a right angle between them. But if the segments are moved away from the origin (*e.g.*, to 200,200), performing the FILLET command causes the two lines to form an acute angle. ZWCAD+ 2012 and 2014 display the identical error as AutoCAD 2007 and 2008. ZWCAD (non-plus) 2009, 2011, and 2012 do not:

**AutoCAD 2007 & 2008**

| Lines before fillet | Fillet near origin | Fillet far away from origin (moved from 0,0 to 200,200) |

**ZWCAD+ 2012 & 2014**

| Lines before fillet | Fillet near origin | Fillet far away from origin (moved from 0,0 to 200,200) |

**ZWCAD 2009, 2011 & 2012**

| Lines before fillet | Fillet near origin | Fillet far away from origin (moved from 0,0 to 200,200) |

25.     As shown above, none of the preceding idiosyncrasies appears in ZWCAD (non-plus) 2009, 2011, or 2012, which were based on the IntelliCAD code base.  The absence of these idiosyncrasies from prior ZWSOFT products – but their presence in ZWCAD+ 2012 and 2014 – confirms ZWSOFT's copying of significant portions of AutoCAD source code in developing ZWCAD+.

26.     ZWSOFT's indiscriminate copying extends beyond mere programming quirks and corrected bugs.  ZWSOFT engineers incorporated AutoCAD code associated with functionality that its software *cannot even perform*.  For example, AutoCAD's "Plot in background" feature allows a drawing to be plotted in the background.  While the background plot job is being processed, AutoCAD 2007 and 2008 display the following "Processing Background Job" warning:



27.     AutoCAD's "Plot in background" option and its associated warning message have several idiosyncrasies.  First, the "Processing Background Job" warning message is not shown the first time that the user chooses the PLOT command and then selects the "Plot in background option."  Instead, it appears only when the user *repeats* this command.  Second, a "Communication Center" icon (left icon below) appears next to the "Plotter" icon (right icon below) in the warning message:



The appearance of the Communication Center icon is an error, as the icon concerns software updates and does not relate to plotting at all.  Third, when the "Plot in background" warning

1  message appears for the very first time, its "Do not show me this again" option is pre-checked.  If
2  the user unchecks the "Do not show me this again" option, it will remain unchecked when the
3  "Plot in background" warning message is subsequently displayed.

4       28.   Although ZWCAD+ 2012 ***does not support*** the "Plot in background" feature, it
5  displays the ***same warning message*** as in AutoCAD 2007 and 2008.  Specifically, when the
6  PLOT command is invoked after the "Plot in background" option has been selected, an identical
7  "Processing Background Job" warning message appears in ZWCAD+ 2012.  Moreover, as in
8  AutoCAD 2007 and 2008, the user's first invocation of the PLOT command with the "Plot in
9  background" option does ***not*** cause this message to be displayed.  ZWCAD+ 2012's "Processing
10 Background Job" warning message is indistinguishable from the same warning message in
11 AutoCAD 2007 and 2008.  The only differences are:  (1) mirror images of the Communications
12 Center and Plotter icons are displayed; and (2) the "Do not show me this again" option appears
13 below the "OK" button:



22       29.   The preceding examples further demonstrate that ZWSOFT did not build ZWCAD+
23 "from the ground up" as it claims, but by copying significant portions of AutoCAD's source code.
24 There would have been no reason, for example, for ZWSOFT to have engineered ZWCAD+ to
25 respond to the user's hatch attempts in such an irregular and unexpected manner – but identically
26 to AutoCAD 2007 and 2008.  Nor is there any other explanation for ZWCAD+'s display of a
27 warning message for a feature that it does not support (but that AutoCAD does) or the other
28 idiosyncratic behaviors.

30. Still further ways in which ZWSOFT has copied AutoCAD products and source code include:

- AutoCAD ships with the "acad.pat" hatch pattern file, which contains information defining pre-defined hatch patterns. ZWCAD+ ships with the "ZWCAD.pat" hatch pattern file. The contents of ZWCAD.pat file that shipped with ZWCAD+ 2012 and 2014 are virtually identical to those in the acad.pat files for AutoCAD 2007 and 2008, with patterns appearing even in the same order. For example, the only changes in the ZWCAD.pat file for ZWCAD+ 2012 are: (1) the prefix of the filename has been altered (from "<u>a</u>cad.pat" to "<u>zw</u>cad.pat"; (2) Autodesk's copyright notice and introductory note have been deleted; (3) the hatch pattern naming convention has been altered from "ACAD" to "ZCAD"; and (4) four sample patterns (in total) have been added.
- AutoCAD's tool catalog file, named "commands.atc," identifies customized tools and tool palettes for specific disciplines (*e.g.,* mechanical, electrical, schematic, piping, and plumbing). Many of the tools in the commands.atc file bear the prefix "AcDb" (for "AutoCAD Database"), which Autodesk engineers used to refer to internal classes when developing AutoCAD. ZWCAD+ ships with a tool catalog file, "commands.ztc," that is strikingly similar to AutoCAD commands.atc file. For example, the only differences between AutoCAD 2008's commands.atc file and ZWCAD+ 2012's commands.ztc file are: (1) the filename suffix has been changed from ".atc" to ".<u>z</u>tc"; (2) the specific global unique identifiers, or "GUID" values differ; and (3) lines 105 to 140 from the commands.atc file have been removed. Just like AutoCAD 2008's commands.atc file, ZWCAD+ 2012's commands.ztc file refers to more than thirty internal AutoCAD Database classes such as "AcDbArc," "AcDbCircle," "AcDbEllipse," and "AcDbLine."
- Since AutoCAD was first introduced in 1982, Autodesk has released dozens of new versions of the product – each building upon prior versions and adding and improving upon features. Autodesk has continued to support hundreds of legacy

commands and system variables – including certain esoteric commands and variables that very few users know of or use – even though removing them from the source code would have little or no impact on the user's experience. Examples of such esoteric commands include RSCRIPT, STLOUT, and WMFOPTS. ZWCAD+ 2012 and 2014 support these same esoteric commands, but ZWCAD (non-plus) 2009, 2011, and 2012 do not.

- ZWCAD+ products support undocumented AutoCAD commands. In developing the various versions of AutoCAD, Autodesk engineers created internal commands to test the products. These commands and their implementation are an integral part of the source code. Examples of these undocumented commands include: *TBCustomize, DROPGEOM, *_TOOLPALETTEPATH, DEFAULTVIEWCATEGORY, NODENAME, and NFWSTATE. ZWCAD+ 2012 and/or 2014 support and respond to these same undocumented commands. By contrast, ZWCAD (non-plus) 2009, 2011, and 2012 do not.

- ZWCAD+ products contain Application Programming Interfaces ("APIs") that are virtually identical to AutoCAD's. Using the Microsoft Visual Basic editor included with ZWCAD+, for example, reveals the inclusion of dozens of the *same* AutoCAD classes with the *same* members. The prefix in the ZWCAD+ classes has been changed, however, from "Acad" to "Zcad."

- Relatedly, despite its allegedly recent and independent development, ZWCAD+ includes a legacy, unsupported version of Microsoft's Visual Basic (version 6.5). This is the same version that was included with AutoCAD 2007.

- Virtually all modern software development employs Unicode encoding, as Unicode facilitates the internationalization and localization of software for different markets. Like older AutoCAD versions and despite its allegedly recent and independent development, however, ZWCAD+ supports ANSI and not Unicode encoding.

- ZWCAD+ products copy even the smallest grammatical, formatting, and functional errors from AutoCAD products. Select examples include: (i) ZWCAD+ 2012 and 2014 display the identical warning message as AutoCAD 2007 and 2008 – the "Associatve [*sic*] hatch entity on locked or frozen layer" error message for attempting to modify the boundary of a locked hatch pattern; (ii) ZWCAD+ 2012 and 2014 display the identical warning message as AutoCAD 2007 and 2008 – "Specify total length or [Angle] <1.000)>" – after the user enters the "LENGTHEN" command and then types "t"; and (iii) like AutoCAD 2007 and 2008, ZWCAD+ 2012 and 2014 display the same misplaced "Specify opposite corner" message after the user has already selected a table. Notably, ZWCAD (non-plus) 2009, 2011, and 2012 do not display these errors.

31. Defendants have purposefully, actively, and voluntarily distributed ZWCAD+ products and related applications and services in the United States. Defendants have thus committed copyright infringement and acts of trade secret misappropriation. By purposefully and voluntarily distributing one or more of its products and services, Defendants have injured Autodesk and thus are liable for copyright infringement and trade secret misappropriation.

**COUNT I**
**(Copyright Infringement (17 U.S.C. § 501))**

32. Autodesk hereby restates and re-alleges the allegations set forth in paragraphs 1 through 31 above and incorporates them by reference.

33. The AutoCAD products contain a substantial amount of original material that is copyrightable subject matter under the Copyright Act, 17 U.S.C. § 101 *et seq*.

34. Without consent, authorization, approval, or license, Defendants knowingly, willingly, and unlawfully copied, prepared, published, and distributed Autodesk's copyrighted work, portions thereof, or derivative works and continues to do so. Defendants' ZWCAD+ products infringe Autodesk's copyrights in the AutoCAD products, and Defendants are not licensed to do so.

35. Defendants are aware of Autodesk's copyrights in its AutoCAD products. Defendants' infringement therefore is and has been knowing and willful.

36. By their unlawful copying, use, and distribution, Defendants have violated Autodesk's exclusive rights under 17 U.S.C. § 106.

37. Defendants have realized unjust profits, gains and advantages as a proximate result of its infringement.

38. Defendants will continue to realize unjust profits, gains, and advantages as a proximate result of its infringement as long as such infringement is permitted to continue.

39. Autodesk is entitled to an injunction restraining Defendants from engaging in any further acts in violation of the United States copyright laws.  Unless Defendants are enjoined and prohibited from infringing Autodesk's copyrights and unless all infringing products and advertising materials are seized, Defendants will continue to intentionally infringe Autodesk's registered copyrights.

40. As a direct and proximate result of Defendants direct willful copyright infringement, Autodesk has suffered, and will continue to suffer, monetary loss to its business, reputation, and goodwill.  Autodesk is entitled to recover from Defendants, in amounts to be determined at trial, the damages is has sustained and will sustain, and any gains, profits, and advantages obtained by Defendants as a result of Defendants' acts of infringement and Defendant's use and publication of the copied materials.

## COUNT II
### (Trade Secret Misappropriation (Cal. Civil Code § 3426, *et seq*.))

41. Autodesk hereby restates and re-alleges the allegations set forth in paragraphs 1 through 27 above and incorporates them by reference.

42. Autodesk's confidential information, including its AutoCAD source code, constitutes information that has independent economic value because it is unknown to others and is the subject of reasonable efforts to maintain its secrecy or limit its use.  It therefore qualifies as a trade secret within the meaning of California Civil Code Section 3426, *et seq*.

43. Without consent, authorization, approval, or license, Defendants knowingly, willingly, and unlawfully have acquired, disclosed, and/or used or intend to use Autodesk's trade secrets through improper means.

44. Defendants' misappropriation of Autodesk's trade secrets is and has been willful and malicious, such that Autodesk is entitled to exemplary damages and its reasonable attorney's fees and costs.

45. Defendants have realized unjust profits, gains, and advantages as a proximate result of their trade secret misappropriation.

46. Defendants will continue to realize unjust profits, gains, and advantages as a proximate result of their trade secret misappropriation as long as such misappropriation is permitted to continue.

47. Autodesk is entitled to an injunction restraining Defendants from engaging in further acts of trade secret misappropriation. Unless Defendants are enjoined and prohibited from disclosing or using Autodesk's trade secrets and all materials disclosing or derived from the misappropriated information are seized, Defendants will continue to misappropriate Autodesk's trade secrets.

48. As a direct and proximate result of Defendants' misappropriation of Autodesk's trade secrets, Autodesk has suffered, and will continue to suffer, monetary loss to its business, reputation, and goodwill. Autodesk is entitled to recover from Defendants, in amounts to be determined at trial, the damages is has sustained and will sustain, for its actual losses and any unjust enrichment obtained by Defendants as a result of Defendant's misappropriation of Autodesk's trade secrets.

## PRAYER FOR RELIEF

WHEREFORE, Autodesk respectfully requests the following relief:

A. A preliminary injunction prohibiting Defendants, their officers, agents, servants, employees, attorneys, and affiliated companies, their assigns and successors in interest, and those persons in active concert or participation with them, from continued acts of infringement of the Autodesk copyrights at issue in this litigation;

B. A permanent injunction prohibiting Defendants, their officers, agents, servants, employees, attorneys, and affiliated companies, their assigns and successors in interest, and those persons in active concert or participation with them, from continued acts of infringement of the Autodesk copyrights at issue in this litigation;

C. Entry of judgment holding Defendants liable for infringing the Autodesk copyrights at issue in this litigation;

D. A preliminary injunction prohibiting Defendants, their officers, agents, servants, employees, attorneys, and affiliated companies, their assigns and successors in interest, and those persons in active concert or participation with them, from disclosing, exploiting, or utilizing Autodesk's confidential information, including but not limited to the AutoCAD source code;

E. A permanent injunction prohibiting Defendants, their officers, agents, servants, employees, attorneys, and affiliated companies, their assigns and successors in interest, and those persons in active concert or participation with them, from disclosing, exploiting, or utilizing Autodesk's confidential information, including but not limited to the AutoCAD source code;

F. Entry of judgment holding Defendants liable for misappropriating Autodesk's trade secrets;

G. An order that all copies made or used in violation of Autodesk's copyrights or trade secrets, and all means by which such copies may be reproduced, be impounded and destroyed or otherwise reasonably disposed of;

H. An order awarding damages, together with pre-judgment and post-judgment interest, to compensate Autodesk for Defendants' copyright infringement and acts of trade secret misappropriation, including actual and exemplary damages and lost profits, in an amount greater than $75,000.00, or in the alternative for copyright infringement, statutory damages under 17 U.S.C. § 504(c);

I. An order awarding Autodesk its costs and attorney's fees; and

1    J.   Any and all other legal and equitable relief as may be available under law and
2    which the court may deem proper.

4    Dated:  March 26, 2014           MICHAEL A. JACOBS
                                      RICHARD S.J. HUNG
5                                     MORRISON & FOERSTER LLP

                                      By:  _____*/s/ Michael A. Jacobs*_____
7                                              MICHAEL A. JACOBS

8                                     Attorneys for Plaintiff
                                      AUTODESK, INC.