1    LAEL D. ANDARA (CA SBN 217909)
2    BROCK R. LYLE (CA SBN 242690)
     MARIE E SOBIESKI (CA SBN 278008)
3    ROPERS, MAJESKI, KOHN & BENTLEY
     1001 Marshall Street, Suite 500
4    Redwood City, CA 94063-2052
     Telephone: (650) 364-8200
5    Facsimile: (650) 780-1701
     Email: lael.andara@rmkb.com
6             brock.lyle@rmkb.com
              marie.sobieski@rmkb.com

Attorneys for Defendants
ZWCAD SOFTWARE CO., LTD and
ZWCAD DESIGN CO., LTD

MICHAEL A. JACOBS (CA SBN 111664)
RICHARD S.J. HUNG (CA SBN 197425)
DIANA KRUZE (CA SBN )
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile. (415) 268-7522
Email: mjacobs@mofo.com
        rhung@mofo.com
        dkruze@mofo.com

Attorneys for Plaintiff
AUTODESK, INC.

**IT IS SO ORDERED**
Judge Edward J. Davila
DATED: 12/18/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC., | CASE NO.5 :14-cv-01409-EJD |
| Plaintiff, | **JOINT STIPULATION EXTENDING BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| ZWCAD SOFTARE CO. LTD., ZWCAD DESIGN CO., LTD., and GLOBAL FORCE DIRECT, LLC. (doing business as ZWCADUSA), | |
| Defendants. | |

RC1/7731010.1/RS         - 1 -

1  IT IS HEREBY STIPULATED, by and between the undersigned attorneys, that time for
2  Plaintiff Autodesk, Inc. to file its Opposition to the Motion to Dismiss be moved to January 6,
3  2015, and that time for Defendants ZWCAD Software Co., Ltd. and ZWCAD Design Co., Ltd. to
4  file their Reply to the Opposition to the Motion to Dismiss be moved to January 13, 2015.

Dated: December 16, 2014

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Lael D. Andara

LAEL D. ANDARA
MARIE E. SOBIESKI
Attorneys for Defendants
ZWCAD SOFTWARE CO., LTD and
ZWCAD DESIGN CO., LTD

Dated: December 16, 2014

MORRISON & FOERSTER

By: /s/ Michael A. Jacobs

MICHAEL A. JACOBS
RICHARD S.J. HUNG
DIANA B. KRUZE
Attorneys for Plaintiff
AUTODESK, INC.