LAEL D. ANDARA (SBN 217,909)
BROCK R. LYLE (SBN 242,690)
MARIE E SOBIESKI (SBN 278,008)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, California 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: lael.andara@rmkb.com
brock.lyle@rmkb.com
marie.sobieski@rmkb.com

Attorneys for Defendants
ZWCAD SOFTWARE CO., LTD,
ZWCAD DESIGN CO., LTD, and
HK ZWCAD SOFTWARE LTD.

MICHAEL A. JACOBS (CA SBN 111,664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197,425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
AUTODESK, INC.

IT IS SO ORDERED

Judge Edward J. Davila

DATED: 6/8/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZWCAD SOFTWARE CO. LTD., ZWCAD DESIGN CO., LTD., HK ZWCAD SOFTWARE LTD., and GLOBAL FORCE DIRECT, LLC. (doing business as ZWCADUSA), <br><br> Defendants. | CASE NO. 5:14-cv-01409-EJD <br><br> **JOINT STIPULATION RE: SOURCE CODE CLEAN ROOM & SECURITY PROTOCOLS** |

Plaintiff Autodesk, Inc. and Defendants ZWCAD Software Co., Ltd., ZWCAD Design Co., Ltd., and HK ZWCAD Software Ltd. (collectively, "ZWSoft") respectfully file this joint stipulation governing the setup of a secure source code clean room and the related security protocols:

WHEREAS, as both parties will exchange their source code simultaneously, both parties are subject to the same potential "risk" that their trade secrets will be improperly disclosed;

WHEREAS, comparison of the ZWCAD+ 2012 and/or ZWCAD+ 2014 source code to AutoCAD 2007 and/or AutoCAD 2008 is necessary to resolve allegations of copyright infringement and trade secret misappropriation,

WHEREAS, the respective source code files will need to be compared on the same computer; and

WHEREAS, Section 8(c) of the September 29, 2015 Protective Order requires that:

> Any source code produced in discovery . . . shall be made available for inspection on a secured computer in a secured room without Internet access or network access to other computers, and the Receiving Party shall not copy, remove, photograph, or otherwise transfer any portion of the source code onto any recordable media or recordable device;

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** as follows:

1) The parties agree to use Exponent to oversee the operation of the secure clean room and to serve as the source code escrow repository;

2) Exponent will source a review computer, which will be used for source code review upon approval of the parties. ONLY Exponent will load the source code and install the inspection-related software on the review computer, absent other agreement by the parties;

3) Exponent will, upon request and notice to all parties, install reasonable inspection-related software[1] requested by the producing or receiving party in compliance with the Protective Order. The cost of licenses related to the software applications will be borne by the party requesting the installation of the software;

---

[1] Installation of any software application does not waive the right to challenge its use at a later time.

4) Exponent will verify the security of the review computer after installation of the inspection software and that it complies with the protective order. The party requesting installation of the inspection-related software then will confirm in writing that the inspection software has been installed correctly. Then and only then will Exponent place a copy of the parties' respective source code on the review computer, while maintaining an original copy in its vault of each party's source code;

5) Exponent will employ all software and physical security measures that it deems necessary to maintain the security of the computer during review, including but not limited to using a computer locker that the parties will not access during review;

6) Exponent will maintain a clean room located at Exponent in an interior windowless conference room in a secure area to ensure access is limited only to those authorized under the Court's Protective Order referenced above and after reasonable notice to all parties;

7) Autodesk shall have preference to reserve the use of the clean room. ZWSoft will be provided at least one day per week to use the clean room, however, upon either 48 hour notice or the triggering of section 8(e) of the Protective Order, wherein ZwSoft can review the context to evaluate any potential objection it may have prior to production of its source code files;

8) Pursuant to the Protective Order, Exponent will maintain the inspection computer without network access (including Internet access);

9) During inspection, the computer will be housed in a secure container to prevent physical access to the computer, and when not in use the computer will be locked in Exponent's vault;

10) Exponent will maintain a video camera that will be used to monitor and record all active use of the clean room, but without capturing the images being reviewed or any audio. These recordings shall be secured and designated as Highly Confidential -- Attorney's Eyes Only. Any party may request a copy of the recording upon written request, at which time Exponent will provide a copy to all parties within 48 hours;

11) Exponent will maintain an access log to the clean room and prevent phones, laptops, cameras, or other electronic devices from being brought into the clean room by a party or

- 3 -

JOINT STIPULATION OF THE PARTIES CLEAN ROOM - CASE NO. 3:14-CV-01409 EJD

Source Code Stipulation/sf-3539522 v1

its agents. When any reviewer leaves the room, access to the source code will be temporarily suspended without affecting any current work (*e.g.*, running processes). Individuals may leave the clean room with written notes, provided that they do not contain the source code of a party for whom they are not associated;

12) The parties will agree to share the cost of the initial setup and take down of the clean room. The party requesting installation of specific software will pay for the time associated with its installation. The cost of the clean room will be attributed to the party using the clean room for active inspection or overnight processing;

13) Upon completion of the source code review and with the parties' written agreement, Exponent will delete all data on the review computer and return the original copies of the source code to the respective producing party; and

14) The parties are free to modify or amend this agreement in writing, provided that Exponent receives notice of any modifications.

**IT IS SO STIPULATED.**

Dated: May 26, 2015                    ROPERS, MAJESKI, KOHN & BENTLEY

By: _s/ Richard S. J. Hung_
    Michael A. Jacobs
    Richard S.J. Hung
    Attorneys for Plaintiff
    AUTODESK, INC.

Dated: May 26, 2015                    ROPERS, MAJESKI, KOHN & BENTLEY

By: _/s/ Lael Andara_
    LAEL D. ANDARA
    MARIE E. SOBIESKI
    Attorneys for Defendants
    ZWCAD SOFTWARE CO., LTD,
    ZWCAD DESIGN CO., LTD, and HK
    ZWCAD SOFTWARE LTD.

Source Code Stipulation/sf-3539522 v1