LAEL D. ANDARA (SBN 217909)
MARIE E SOBIESKI (SBN 278008)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
Email:           lael.andara@rmkb.com
                    marie.sobieski@rmkb.com

Attorneys for Defendants
ZWCAD SOFTWARE CO., LTD; HK ZWCAD
SOFTWARE LTD and ZWCAD DESIGN CO., LTD

**IT IS SO ORDERED**
[signature]
Judge Edward J. Davila
DATED: 6/19/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZWCAD SOFTWARE CO. LTD.,<br>ZWCAD DESIGN CO., LTD., HK<br>ZWCAD SOFTWARE LTD., and<br>GLOBAL FORCE DIRECT, LLC. (doing business as ZWCADUSA),<br><br>Defendants. | CASE NO.  5:14-cv-01409-EJD<br><br>**STIPULATED DISMISSAL OF DEFENDANTS' COUNTERCLAIMS** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, AUTODESK, INC., and Defendants, ZWCAD SOFTWARE CO., LTD; HK ZWCAD SOFTWARE LTD and ZWCAD DESIGN CO., LTD, by and through their respective attorneys of record, that the counterclaims of the Defendants made in the above-captioned action shall be, and hereby are, dismissed without prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

/ / /

/ / /

/ / /

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur with the Stipulation's content and authorize its filing.

Dated: June 18, 2015          MORRISON & FOERSTER LLP


By: */s/ Michael A. Jacobs*
    MICHAEL A. JACOBS
    RICHARD S.J. HUNG
    Attorneys for Plaintiff
    AUTODESK, INC.


Dated: June 18, 2015          ROPERS, MAJESKI, KOHN & BENTLEY


By: */s/ Lael D. Andara*
    LAEL D. ANDARA
    MARIE E. SOBIESKI
    Attorneys for Defendants
    ZWCAD SOFTWARE CO., LTD and
    ZWCAD DESIGN CO., LTD