MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
DANIELLE COLEMAN (CA SBN 248456)
dcoleman@mofo.com
BARBARA N. BARATH (CA SBN 268146)
bbarath@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff AUTODESK, INC.

LAEL D. ANDARA (CA SBN 217909)
lael.andara@rmkb.com
BROCK R. LYLE (CA SBN 242690)
brock.lyle@rmkb.com
MARIE E SOBIESKI (CA SBN 278008)
marie.sobieski@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, California 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendants
ZWCAD SOFTWARE CO., LTD,
ZWCAD DESIGN CO., LTD. and
HK ZWCAD SOFTWARE LTD.

ANDREW R. KISLIK (CA SBN 118772)
akislik@nassiri-jung.com
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, California 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

Attorneys for Defendant
GLOBAL FORCE DIRECT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ZWCAD SOFTWARE CO., LTD., ZWCAD DESIGN CO., LTD., HK ZWCAD SOFTWARE LTD., and GLOBAL FORCE DIRECT, LLC (doing business as ZWCADUSA),<br><br>　　　　　　Defendants. | Case No. 14-cv-01409-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES PENDING SETTLEMENT DISCUSSIONS** |

WHEREAS:

- Plaintiff Autodesk, Inc. ("Autodesk") and Defendants ZWCAD Software Co., Ltd., ZWCAD Design Co., Ltd., and HK ZWCAD Software Ltd. (collectively, "ZWSoft") met in person in San Francisco on July 7, 2015 to discuss potentially resolving this action;

- The July 7, 2015 meeting was productive, and Autodesk and ZWSoft believe that informal factfinding and further discussions may help the parties reach a final settlement;

- The parties anticipate that further formal discovery, including the continued review by experts of the parties' source code, the review and translation of ZWSoft's production, and the depositions of ZWSoft's employees in China, will be quite costly;

- A 90 day stay of all deadlines in this action will allow Autodesk and ZWSoft to pursue informal factfinding and conduct further discussions relating to a potential settlement, which might avoid the costs of formal discovery and promote judicial economy;

- Any settlement between Autodesk and ZWSoft likely would address and resolve Autodesk's claims against Defendant Global Force Direct, LLC (doing business as "ZwcadUSA"), and

- The Court has set the following deadlines in the case, but not the trial date: Autodesk's response to ZWSoft's Answer (July 10, 2015); fact discovery cutoff (September 11, 2015); motions to compel fact discovery (September 18, 2015); opening expert reports (October 9, 2015); rebuttal expert reports (October 23, 2015); expert discovery cutoff (December 11, 2015); motions to compel expert discovery (December 18, 2015); dispositive motions (January 21, 2016); joint trial setting conference statement (March 7, 2016); and trial setting conference (March 17, 2016) (*see* Docket Nos. 77 & 119);

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. All deadlines in this action through the January 21, 2016 dispositive motion deadline are extended by 90 days;

2. The deadline for the joint trial setting conference statement (March 7, 2016) and the trial setting conference (March 17, 2016) are taken off calendar;

3. If (i) the parties have not resolved this action within 90 days from the date of this stipulation (*i.e.,* by September 8, 2015) or (ii) any party believes before that date that further settlement discussions are unlikely to be productive and advises the other parties in writing, the parties shall request an immediate status conference with the Court. The conference will be held on the earliest date that the Court is available and address the remainder of the case schedule.

Dated: July 15, 2015                          MORRISON & FOERSTER LLP

By: */s/ Richard S.J. Hung*
    RICHARD S.J. HUNG

Attorneys for Plaintiff AUTODESK, INC.

ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Lael D. Andara*
    Lael. D. Andara

Attorneys for Defendants
ZWCAD SOFTWARE CO., LTD,
ZWCAD DESIGN CO., LTD, and
HK ZWCAD SOFTWARE, LTD.

NASSIRI & JUNG LLP

By: */s/ Andrew R. Kislik*
    Andrew R. Kislik

Attorneys for Defendant
GLOBAL FORCE DIRECT, LLC

**IT IS SO ORDERED.**

Dated:_____

_____
Edward J. Davila
United States District Court Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard Hung, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order Extending Deadlines Pending Settlement Discussions. In compliance with General Order 45, X.B., I hereby attest that Lael Andara and Andrew Kislik have concurred in this filing.

Dated: July 15, 2015

By: */s/ Richard S.J. Hung*
RICHARD S.J. HUNG

Attorneys for Plaintiff
AUTODESK, INC.