MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
DANIELLE COLEMAN (CA SBN 248456)
dcoleman@mofo.com
BARBARA N. BARATH (CA SBN 268146)
bbarath@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     (415) 268-7000
Facsimile:      (415) 268-7522

Attorneys for Plaintiff AUTODESK, INC.

LAEL D. ANDARA (CA SBN 217909)
lael.andara@rmkb.com
BROCK R. LYLE (CA SBN 242690)
brock.lyle@rmkb.com
MARIE E SOBIESKI (CA SBN 278008)
marie.sobieski@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, California  94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701

Attorneys for Defendants
ZWCAD SOFTWARE CO., LTD,
ZWCAD DESIGN CO., LTD. and
HK ZWCAD SOFTWARE LTD.

ANDREW R. KISLIK (CA SBN 118772)
akislik@nassiri-jung.com
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, California  94108
Telephone:     (415) 762-3100
Facsimile:      (415) 534-3200

Attorneys for Defendant
GLOBAL FORCE DIRECT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>ZWCAD SOFTWARE CO., LTD., ZWCAD DESIGN CO., LTD., HK ZWCAD SOFTWARE LTD., and GLOBAL FORCE DIRECT, LLC (doing business as ZWCADUSA),<br><br>            Defendants. | Case No. 14-cv-01409-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES PENDING SETTLEMENT DISCUSSIONS** |

WHEREAS:

- The parties met in person in China on August 19-20, 2015 to conduct informal factfinding and further discussions relating to a potential settlement;
- The August 2015 meetings were productive, and the parties believe that further discussions may help the parties reach a final settlement; and
- An additional 60 day stay of all deadlines in this action will allow the parties to complete their discussions and negotiations relating to a potential settlement, which might avoid the costs of formal discovery and promote judicial economy.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. All deadlines in this action through the April 20, 2016 dispositive motion deadline are extended by an additional 60 days;
2. If (i) the parties have not resolved this action within 8 weeks from the date of this stipulation (*i.e.,* by November 3, 2015) or (ii) any party believes before that date that further settlement discussions are unlikely to be productive and advises the other parties in writing, the parties shall request an immediate status conference with the Court. The conference will be held on the earliest date that the Court is available and address the remainder of the case schedule.

| | |
|---|---|
| Dated:  August 31, 2015 | MORRISON & FOERSTER LLP |
| | By: */s/ Richard S.J. Hung* |
| |     RICHARD S.J. HUNG |
| | Attorneys for Plaintiff AUTODESK, INC. |
| | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: */s/ Lael D. Andara* |
| |     Lael. D. Andara |
| | Attorneys for Defendants<br>ZWCAD SOFTWARE CO., LTD,<br>ZWCAD DESIGN CO., LTD, and<br>HK ZWCAD SOFTWARE, LTD. |
| | NASSIRI & JUNG LLP |
| | By: */s/ Andrew R. Kislik* |
| |     Andrew R. Kislik |
| | Attorneys for Defendant<br>GLOBAL FORCE DIRECT, LLC |

**IT IS SO ORDERED.**

Dated:_____

_____
Edward J. Davila
United States District Court Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard Hung, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order Extending Deadlines Pending Settlement Discussions.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Lael Andara and Andrew Kislik have concurred in this filing.

Dated:  August 31, 2015

By: */s/ Richard S.J. Hung*
    RICHARD S.J. HUNG

Attorneys for Plaintiff
AUTODESK, INC.