| | |
|---|---|
| MICHAEL A. JACOBS (CA SBN 111664) | LAEL D. ANDARA (CA SBN 217909) |
| mjacobs@mofo.com | lael.andara@rmkb.com |
| RICHARD S.J. HUNG (CA SBN 197425) | BROCK R. LYLE (CA SBN 242690) |
| rhung@mofo.com | brock.lyle@rmkb.com |
| DANIELLE COLEMAN (CA SBN 248456) | MARIE E SOBIESKI (CA SBN 278008) |
| dcoleman@mofo.com | marie.sobieski@rmkb.com |
| BARBARA N. BARATH (CA SBN 268146) | ROPERS, MAJESKI, KOHN & BENTLEY |
| bbarath@mofo.com | 1001 Marshall Street, Suite 500 |
| MORRISON & FOERSTER LLP | Redwood City, California  94063-2052 |
| 425 Market Street | Telephone:   (650) 364-8200 |
| San Francisco, California  94105-2482 | Facsimile:    (650) 780-1701 |
| Telephone:    (415) 268-7000 | |
| Facsimile:    (415) 268-7522 | Attorneys for Defendants |
| | ZWCAD SOFTWARE CO., LTD, |
| Attorneys for Plaintiff AUTODESK, INC. | ZWCAD DESIGN CO., LTD. and |
| | HK ZWCAD SOFTWARE LTD. |
| | |
| | ANDREW R. KISLIK (CA SBN 118772) |
| | akislik@nassiri-jung.com |
| | NASSIRI & JUNG LLP |
| | 47 Kearny Street, Suite 700 |
| | San Francisco, California  94108 |
| | Telephone:   (415) 762-3100 |
| | Facsimile:    (415) 534-3200 |
| | |
| | Attorneys for Defendant |
| | GLOBAL FORCE DIRECT, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC., | Case No. 14-cv-01409-EJD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES PENDING SETTLEMENT DISCUSSIONS** |
| v. | |
| ZWCAD SOFTWARE CO., LTD., ZWCAD DESIGN CO., LTD., HK ZWCAD SOFTWARE LTD., and GLOBAL FORCE DIRECT, LLC (doing business as ZWCADUSA), | |
| Defendants. | |

1    WHEREAS:

2    • The parties met in person in China on August 19-20, 2015 to conduct informal fact
3      finding and further discussions relating to a potential settlement;
4    • The parties will be meeting again in person in San Francisco during the week of
5      November 2, 2015 to continue their discussions relating to a potential settlement;
6    • A settlement of this action would avoid the costs of formal discovery and promote
7      judicial economy.
8    IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:
9    1. All deadlines in this action through the June 20, 2016 dispositive motion deadline are
10      extended by an additional 60 days;
11   2. If (i) the parties have not resolved this action within 60 days from the date of this
12      stipulation (i.e., by January 4, 2016) or (ii) any party believes before that date that
13      further settlement discussions are unlikely to be productive and advises the other
14      parties in writing, the parties shall request an immediate status conference with the
15      Court. The conference will be held on the earliest date that the Court is available and
16      address the remainder of the case schedule.

17   Dated: November 3, 2015                MORRISON & FOERSTER LLP

19                                          By: */s/ Richard S.J. Hung*
20                                              RICHARD S.J. HUNG

21                                          Attorneys for Plaintiff
                                            AUTODESK, INC.

22                                          ROPERS, MAJESKI, KOHN & BENTLEY

24                                          By: */s/ Lael D. Andara*
25                                              Lael. D. Andara

26                                          Attorneys for Defendants
                                            ZWCAD SOFTWARE CO., LTD,
27                                          ZWCAD DESIGN CO., LTD, and
                                            HK ZWCAD SOFTWARE, LTD.
28

|   |   |
|---|---|
| 1 | NASSIRI & JUNG LLP |
| 2 |   |
| 3 | By: */s/ Andrew R. Kislik*<br>    Andrew R. Kislik |
| 4 | Attorneys for Defendant<br>GLOBAL FORCE DIRECT, LLC |

**ORDER**

**IT IS SO ORDERED.**

Dated:_____

_____
Edward J. Davila
United States District Court Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Stipulation and (Proposed) Order Extending Deadlines Pending Settlement Discussions. In compliance with Local Rule 5-1(i)(3), I hereby attest that Lael D. Andara and Andrew R. Kislik have concurred in this filing.

Dated: November 3, 2015

*/s/ Richard S.J. Hung*
RICHARD S.J. HUNG