UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTODESK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZWCAD SOFTWARE CO., LTD., et al., <br><br> Defendants. | Case No. 5:14-cv-01409-EJD <br><br> **ORDER DENYING MOTION TO RELATE CASES** |

Presently before the Court is Plaintiff Autodesk, Inc.'s ("Plaintiff") Administrative Motion to Consider Whether to Relate the instant case, now closed, with *Autodesk, Inc. v. ZWSOFT Co., Ltd, et al.*, No. 5:25-cv-05695-BLF ("New Action"), pursuant to Civil L.R. 3-12. *See* ECF No. 128 ("Mot."). The Court dismissed the instant case on November 20, 2015, upon stipulation of the parties after noticing settlement of the instant case. *See* ECF Nos. 126, 127. The New Action was filed on July 7, 2025. New Action, ECF No. 1.

Cases are considered "related" when two elements are satisfied:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Civil L.R. 3-12(a).

Here, the first element of Rule 3-12(a) is easily satisfied: Both actions involve the same parties, and the allegations arise from the same transaction or events. Mot. at 1. As to the second element, given the early dismissal and the Court's limited role in the instant matter, the Court does not find that there would be any unduly burdensome duplication of labor and expense or conflicting results if the New Action is not related.

Accordingly, the Court DENIES Defendant's Motion. No reassignments shall occur, and a copy of this Order shall be filed in both cases.

**IT IS SO ORDERED.**

DATED: July 30, 2025

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE